IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Maurice McKay, | ) | C/A No. 0:15-3485-MGL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| L. Thomas, *Warden*, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner, proceeding *pro se,* filed a Petition for habeas relief pursuant to 28 U.S.C. § 2241 in the United States District Court for the District of Columbia, which transferred the case to this court. (ECF No. 3.) By order issued on September 24, 2015, the court allowed Petitioner an opportunity to submit the information necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 8.) Specifically, the order directed Petitioner to submit his claims on the standard form used by prisoners to seek relief under § 2241 in this district, and warned Petitioner that failure to provide the necessary information within a specific time period would subject the case to dismissal. Petitioner did not respond to the order and the time for response has lapsed. As Petitioner has failed to prosecute this case and has failed to comply with an order of this court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962). Petitioner's motion for leave to proceed *in forma pauperis* is **terminated as moot**. (ECF No. 2.)

**IT IS SO ORDERED**.

October 26, 2015
Columbia, South Carolina

s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.