AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Maurice McKay, )
*Petitioner* )
v. )
L. Thomas, Warden, )
*Respondent* ) | Civil Action No.    0:15-cv-03485-MGL-PJG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Maurice McKay, shall take nothing of the respondent, L. Thomas, as to the petition filed and this action is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis United States District Judge, presiding, dismissing the action without prejudice.

Date:    October 27, 2015                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                           s/G. Mills
                                                           *Signature of Clerk or Deputy Clerk*